In the Matter of ALBERT T. GRUSKIN et al., Appellants, against EDWARD J. FLYNN, as Secretary of State of the State of New York, Respondent.

(Argued October 23, 1936; decided October 23, 1936.)

*Sidney Kansas* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel) for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.